

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| JEFF LEACH, INDIVIDUALLY AND D/B/A BASECAMP TERLINGUA, | § | No. 08-20-00073-CV |
|  | § | Appeal from the |
| Appellant, | § | 394th District Court |
| v. | § | of Brewster County, Texas |
| KATY SCHWARTZ, | § | (TC # CVB 19 347) |
| Appellee. | | |

## O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until November 19, 2020.  NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that the Hon. Rae Leifeste, the Appellant's attorney, prepare the Appellant's Brief and forward the same to this Court on or before November 19, 2020.

IT IS SO ORDERED this 20th day of October, 2020.


PER CURIAM


Before Alley, C.J., Rodriguez and Palafox, JJ.